UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY SIMEON HALL,

    Plaintiff,

v.

R. PARISE, *et al.*,

    Defendant.

Case No. 18-cv-10877
Hon. Matthew F. Leitman

_____/

# ORDER CONDITIONALLY APPOINTING COUNSEL FOR PLAINTIFF

In this action, Plaintiff Stacey Simeon Hall alleges, among other things, that two City of Monroe police officers – Defendants Ryan Parise and Shawn Cousino – used excessive force when arresting him. (*See* Compl., ECF No. 1.) On February 6, 2020, the Court granted in part and denied in part Defendants' motion for summary judgment and allowed Hall's excessive force claim against Officers Parise and Cousino to proceed. (*See* Order, ECF No. 53.) The Court noted it would conditionally appoint counsel for Hall and, once counsel is appointed, schedule a settlement conference. (*See id.* at PageID.916.)

Accordingly, the Court hereby (1) refers this action to the Court's Pro Bono Committee and conditionally appoints counsel for Hall providing that the Committee is successful in enlisting *pro bono* counsel on Hall's behalf, and (2) stays this action pending the appointment of counsel. If the Pro Bono Committee is unsuccessful in

1

enlisting counsel, counsel will not be appointed and Hall will continue to proceed *pro se* or retain counsel at his own expense. Upon the appointment of *pro bono* counsel, the Court will schedule a telephonic status conference with all counsel to discuss how this action should proceed.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2